UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-5, LARRY ELAM,

    Defendant.

Case No. 19-20112-5
Hon. Matthew F. Leitman

_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

On June 26, 2019, the Court held a hearing on a Petition for Action on Conditions of Pretrial Release. For the reasons stated on the record, **IT IS HEREBY ORDERED** that Mr. Elam's conditions of release are MODIFIED as follows:

1. Mr. Elam is no longer required to reside with Lilleon Elam;

2. Lilleon Elam is no longer Mr. Elam's third party custodian;

3. Mr. Elam shall reside with Eddie Nelson.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 27, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2019, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda  
                                                          Case Manager  
                                                          (810) 341-9764